# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-120-795**

Effective date of registration:

November 20, 2012

---

## Title
- **Title of Work:** Signatours Copyright 20121105-2011

## Completion/Publication
- **Year of Completion:** 2011

## Author
- **Author:** Signatours Corporation
- **Author Created:** photograph(s), 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Signatours Corporation
  PO Box 22987, Seattle, WA, 98122, United States

## Rights and Permissions
- **Organization Name:** Signatours Corporation
- **Email:** copyright@signatours.com       **Telephone:** 866-765-7520
- **Address:** PO Box 22987
  Seattle, WA 98122 United States

## Certification
- **Name:** Joseph Romain
- **Date:** November 5, 2012